**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1207

MAKESHA MICHELLE SMITH,

                Plaintiff - Appellant,

        v.

ST. FRANCIS HOSPITAL; JOANN TAYLOR; SHAUNA GREEN,

                Defendants - Appellees,

        and

ANTHONY J. MARCAVAGE,

                Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. Timothy M. Cain, District Judge.
(6:12-cv-02533-TMC)

Submitted: July 30, 2014        Decided: August 7, 2014

Before MOTZ, GREGORY, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

MaKesha Michelle Smith, Appellant Pro Se. Thomas Allen Bright,
OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Greenville, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

MaKesha Michelle Smith appeals the district court's order denying relief on her civil complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised Smith that failure to file timely objections to this recommendation would waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Smith has waived appellate review by failing to timely file objections after receiving proper notice. See Fed. R. Civ. P. 6(a), (d). Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2